PROB 12
(Rev. 11/04)

# United States District Court
for
### CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Edwin Osvaldo Manriquez                                  Docket No.  2:25-CR-00582-AH-1

### Petition on Probation and Supervised Release (Termination by Death)

COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Edwin Osvaldo Manriquez who was placed on supervision by the Honorable Anne Hwang sitting in the court at Los Angeles, on the 24th day of June, 2026, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgement and Commitment Orders.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
### (If short insert here; if lengthy write on separate sheet and attach.)

On June 29, 2026, the above-named supervisee died as verified by the Probation Officer.

## PRAYING THAT THE COURT WILL ORDER supervision terminated.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __14th_ day of __JUNE_, 20 _26_ and ordered filed and made a part of the records in the above case. | |
| _____ United States District Judge Honorable Anne Hwang | ALEJANDRA MORENO          /S/ _____ U.S. Probation & Pretrial Services Officer Place:  Whittier, California _____ Approved:  GRACIELA GUDINO     /S/ Supervisory U.S. Probation & Pretrial Services Officer Date:  July 12, 2026 |